**Gerald THORNTON, Appellant,**

v.

**Bob HOLDEN, Appellee.**

No. 03–1507.

United States Court of Appeals,
Eighth Circuit.

Submitted April 4, 2003.

Decided April 11, 2003.

Before MORRIS SHEPPARD
ARNOLD, BYE, and RILEY, Circuit
Judges.

PER CURIAM.

Gerald Thornton appeals the district court's[1] denial of his Federal Rule of Civil

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

Procedure 60(b) motion. Having carefully reviewed the record, we conclude that the district court did not abuse its discretion in denying Mr. Thornton's motion. *See Arnold v. Wood,* 238 F.3d 992, 998 (8th Cir.) (standard of review; Rule 60(b) is not vehicle for re-argument of merits, and movant must show exceptional circumstances to justify relief), *cert. denied,* 534 U.S. 975, 122 S.Ct. 400, 151 L.Ed.2d 304 (2001). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

A true copy.